UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| v. | ) | |
| | ) | Violation:   Title 29, United States Code, |
| SIMIEL CAMPBELL | ) | Section 501(c) |
| | ) | |

JUDGE DER-YEGHIAYAN

**13CR     965**

**COUNT ONE**

The SPECIAL MARCH 2013 GRAND JURY charges:   **MAGISTRATE JUDGE MARTIN**

1.      At times material to the Indictment:

a.      The American Federation of Labor - Congress of Industrial Organizations ("AFL-CIO") Transport Workers Union, Local 2014, was a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(a), (i), and (j).   AFL-CIO Transport Workers Union, Local 2014 represented in excess of 100 members working in the railroad industry in Illinois.

b.      Defendant, SIMIEL CAMPBELL, was an officer as that term is defined in Title 29, United States Code, Section 402(n).   That is, he served as the President of AFL-CIO Transport Workers Union, Local 2014.

c.      In his capacity as President of AFL-CIO Transport Workers Union, Local 2014, SIMIEL CAMPBELL had access to and control over union funds.

**FILED**

DEC **1 8** 2013

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

2.       Beginning in or about February 2007, and continuing until at least in or about December 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SIMIEL CAMPBELL,

defendant herein, while an officer, that is, President, of AFL-CIO Transport Workers Union, Local 2014, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the amount of approximately $19,433;

In violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY